# Third District Court of Appeal

## State of Florida

Opinion filed February 5, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-1183
Lower Tribunal No. 19-22104-CA-01
_____

**Slavica Raffay, f/k/a Slavica Nikolic, and Attila Raffay**,
Appellants,

vs.

**Longwood House Condominium Association, Inc., etc.**,
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, David C. Miller, Judge.

Slavica Raffay and Attila Raffay, in proper persons.

Cole, Scott and Kissane, P.A., and Scott A. Cole and Francesca M. Stein, for appellee.

Before EMAS, LINDSEY and GORDO, JJ.

PER CURIAM.

Affirmed. See Raffay v. Longwood House Condo. Ass'n, 389 So. 3d 589 (Fla. 3d DCA 2023) (affirming the trial court's entry of final summary judgment in favor of appellee); § 718.303(1), Fla. Stat. (2024) (providing in pertinent part that, where a unit owner brings an action against the association for failure to comply with the declaration of condominium, "[t]he prevailing party in any such action . . . is entitled to recover reasonable attorney fees."); § 768.79(7)(a), Fla. Stat. (2024) (offer of judgment statute, providing in pertinent part: "If a defendant serves an offer which is not accepted by the plaintiff, and if the judgment obtained by the plaintiff is at least 25 percent less than the amount of the offer, the defendant shall be awarded reasonable costs, including investigative expenses, and attorney's fees, calculated in accordance with the guidelines promulgated by the Supreme Court . . . ."). See also D'Oleo-Valdez v. State, 531 So. 2d 1347, 1348 (Fla. 1988) ("Normally, the failure to object to error, even constitutional error, results in a waiver of appellate review." (citing Sanford v. Rubin, 237 So. 2d 134 (Fla. 1970))).